**STATE of Missouri, Respondent,**

v.

**Shannon J. SHAFFER, Appellant.**

**No. WD 59839.**

Missouri Court of Appeals, Western District.

Jan. 29, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Audara L. Charlton, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, EDWIN H. SMITH, Judge and VICTOR C. HOWARD, Judge.

#### *ORDER*

PER CURIAM.

Appellant Shanon Shaffer appeals his convictions in the Circuit Court of Lafayette County for attempting to manufacture or produce a controlled substance, § 195.211, RSMo 1994; possession of a controlled substance, methamphetamine, § 195.202, RSMo 1994; and possession of

**580**

a controlled substance, marijuana, § 195.202, RSMo 1994. No jurisprudential purpose would be served by a formal opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).